UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON WONG,<br><br>Defendant. | Case No. 2:20-cr-00320-JAD-BNW<br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion for Temporary Modification of Pre-Trial Release Conditions (ECF No. 31) requesting that Defendant's pretrial release conditions be temporarily modified to allow him to travel to Ohio to attend his brother's wedding. There is no objection to this request.

Accordingly, IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Temporary Modification of Pre-Trial Release Conditions (ECF No. 31) is GRANTED as follows:

1. Defendant shall be allowed to travel to Ohio from February 10, 2021 through February 15, 2021.

2. Defendant shall provide Pretrial Services with a specific itinerary detailing the location in Ohio to which he is traveling, his contact information while he is in Ohio, and any other related information Pretrial Services requests.

3. All other conditions of Defendant's pretrial supervision remain in effect.

DATED this 5th day of February, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE